ORIGINAL

1  Kelly W. Cunningham, Esq., No. 186,229
2  Daniel M. Cislo, Esq., No. 125,378
   CISLO & THOMAS LLP
3  1333 2nd Street, Suite 500
   Santa Monica, California 90401-4110
4  Telephone: (310) 451-0647
   Telefax: (310) 394-4477
5  Email: kcunningham@cislo.com
         dancislo@cislo.com
6
   Attorneys for Plaintiff
7  Bee the Queen, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11  BEE THE QUEEN, INC., a            )  CASE NO. CV13-01432-RSWL (MLGx)
    California corporation,           )
12                                    )  COMPLAINT FOR INJUNCTIVE
          Plaintiff,                  )  RELIEF ASSERTING:
13                                    )
          vs.                         )  (1) TRADEMARK INFRINGEMENT;
14                                    )  (2) FALSE DESIGNATION OF
    PFB VANISH, INC., a California     )      ORIGIN;
15  corporation; and DOES 1-10,       )  (3) COMMON LAW TRADEMARK
    inclusive,                        )      INFRINGEMENT;
16                                    )  (4) UNFAIR COMPETITION UNDER
          Defendants.                 )      STATE LAW
17                                    )

18

19

20       For its complaint for injunctive relief, Plaintiff Bee the Queen, Inc. ("Bee

21  the Queen") alleges and asserts as follows:

22

23                          I.    PARTIES

24

25       1.    Bee the Queen is a corporation organized and existing under the laws

26  of the State of California, having a place of business at 10182 1/2 Culver Blvd.,

27  Culver City, California 90232.

28

2.     Upon information and belief, Defendant PFB Vanish, Inc. ("PFB Vanish") appears to be a California corporation having a place of business at 20 Galway Lane, San Rafael, California 94903.

3.     The true names and capacities, whether individual, corporate or otherwise of Defendants Does 1-10 inclusive, are unknown to Bee the Queen, which therefore sues them by such fictitious names.  Bee the Queen will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  Bee the Queen is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Bee the Queen's damages as herein alleged were proximately caused by those Defendants.  At all times herein mentioned, Defendants Does 1-10 inclusive were the agents, servants, or employees of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, or employees, and with the permission and consent of their co-defendants (hereinafter, collectively with the named defendants, "the Defendants").

## II.    JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) as the trademark infringement and false designation of origin claims arise under an Act of Congress, namely the Federal Lanham Act, 15 U.S.C. §1051, et seq., including §§ 1114, 1121(a), and 1125(a). Additionally, the Court has subject matter jurisdiction over Bee the Queen's common law trademark infringement and state unfair competition claims pursuant to 28 U.S.C. § 1367 since the facts giving rise to these claims arise from the same common nucleus of operative facts as the Lanham Act claims.

CISLO & THOMAS LLP
Attorneys at Law
1333 2nd STREET
SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

2

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

5.     This Court has personal jurisdiction over Defendants pursuant to the United States Constitution and the California Long Arm Statute, Cal. Civ. Proc. Code §410.10 because, upon information and belief, the Defendants have offices within California as well as sell their products, including products under the offending trademarks, within California.

6.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) since, upon information and belief, Defendants have committed acts of infringement within this judicial district, including selling products under the offending trademarks within this judicial district.

## III.   FACTUAL ALLEGATIONS

7.     Bee the Queen has been offering skin care salon services since at least December 2003, including face and body waxing products and services and other related salon products and services, under a variety of trademarks, including among others, the slogan "Taking The Sting Out Of Waxing" ("the Bee the Queen slogan").  Bee the Queen has vigilantly policed and protected its rights and interests in and to the Bee the Queen slogan, including frequently acting to enforce its rights against unauthorized use of its trademarks.

8.     As a result, Bee the Queen has developed substantial goodwill and recognition among its customers and the public at large in its trademarks and services.

9.     Indeed, the United States Patent and Trademark Office has acknowledged Bee the Queen's rights in and to its slogan by granting Bee the Queen two federally registered trademarks and service marks, one for "Taking

3

The Sting Out Of Waxing" (U.S. Trademark Registration No. 3,356,422) and one for "Queen Bee Waxing Taking The Sting Out Of Waxing" (U.S. Trademark Registration No. 3,660,973).   Bee the Queen attaches as Exhibits 1 and 2, respectively, true and correct copies of the registration certificates for these two federal trademark registrations.   These registrations are at this point strong, distinctive, and well known among the public.   In fact, the first of these two slogans is incontestable pursuant to 15 U.S.C. § 1065.

10.   Upon information and belief, PFB Vanish is selling products it refers to as "Numb It" and "Numb-It" Topical Anesthetic.   Numb-It appears to be a topical anesthetic designed to minimize the pain of hair removal and calm post waxing inflammation.   In online advertising and elsewhere, PFB Vanish uses slogans for its Numb-It products that are confusingly similar to the Bee the Queen slogan, including "Takes the Sting Out of Waxing," "Takes the Sting Out of a Bikini Wax," and "Takes the Sting Out of Hair Removal."   Bee the Queen attaches as Exhibits 3 and 4 true and correct copies of web pages from PFB Vanish's websites showing the use of some of these marks by Defendants.

11.   Bee the Queen did not consent to or authorize PFB Vanish to adopt or to make commercial use of any such confusingly similar slogans for PFB Vanish's products or services.

12.   Bee the Queen has no control over the nature and quality of the products and services offered by PFB Vanish.   Bee the Queen has no control over the qualifications of PFB Vanish's employees and likewise has no control over the products sold by PFB Vanish and whether the products meet the professional standards and regulations which may apply at any particular locale where PFB Vanish are selling its goods and services.   Bee the Queen's business goodwill in

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

4

the Bee the Queen slogan is therefore in significant part at the mercy of the quality of PFB Vanish's products and will continue to be for so long as PFB Vanish is allowed to continue using the aforesaid slogans.  And, to the extent PFB Vanish's products are inferior to Bee the Queen's, Bee the Queen is being harmed by PFB Vanish's unauthorized use of the Bee the Queen slogan.   Upon information and belief, therefore, Bee the Queen has suffered and will continue to suffer injury as a result of PFB Vanish's actions.

13.   Bee the Queen believes that there may be actual confusion between these slogans used by PFB Vanish for its Numb-It products and Bee the Queen's federally registered and incontestable "Taking The Sting Out Of Waxing" slogan.

14.   PFB Vanish's wrongful, unauthorized use of its confusingly similar slogans is likely to cause consumer confusion with the Bee the Queen slogan, and, upon information and belief, has already caused actual confusion.  If permitted to continue, PFB Vanish's infringement will irreparably harm Bee the Queen, its reputation, and its goodwill.   PFB Vanish's wrongful use of its confusingly similar slogans dilutes the strength of the Bee the Queen slogan and tarnishes the image and reputation of Bee the Queen among the relevant consuming public.

## CLAIM I
## INFRINGEMENT OF FEDERALLY
## REGISTERED TRADEMARKS
### (15 U.S.C. § 1114(1))

15.   Bee the Queen repeats and incorporates the allegations set forth in paragraphs 1 through 14 above.

5

16.   Bee the Queen is using or has used the Bee the Queen slogan throughout the United States in connection with the goods and services specified above.   Bee the Queen owns the federally registered Bee the Queen slogan.   Its two registrations are at this point strong and distinctive, and one the older of which is statutorily incontestable.

17.   Upon information and belief, PFB Vanish has been and continues to use the aforesaid slogans.   These slogans are confusingly similar to the Bee the Queen slogan.

18.   The Bee the Queen slogan are very strong in light of the substantial marketing and promotion of Bee the Queen's goods and services in connection with the Bee the Queen slogan for nearly ten (10) years and the substantial sales volume of Bee the Queen's goods and services sold in connection with the Bee the Queen slogan.

19.   Bee the Queen does not consent to and has never consented to or authorized Defendants' use of the aforesaid confusingly similar slogans.

20.   Defendants' continued use of the aforesaid confusingly similar slogans will likely cause confusion or mistake, or will likely deceive the public as to Defendants' products being associated or identified with or being the same as those of Bee the Queen.

21.   Defendants therefore have infringed Bee the Queen's trademarks in violation of its federal trademark rights under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, particularly 15 U.S.C. § 1114(1).

22.    Defendants' continued use of their confusingly similar marks in connection with its goods and services identified above comprises willful, knowing, and deliberate infringement.

23.    Bee the Queen has no control over the composition or quality of the goods sold by Defendants under their confusingly similar marks.  As a result, to the extent Defendants' products are inferior to Bee the Queen's, Bee the Queen's valuable goodwill, developed at great expense and effort by Bee the Queen, is being harmed by Defendants' continued, unauthorized use of the Bee the Queen slogan, and is at risk of further damage.

24.    The goodwill of Bee the Queen's business under the Bee the Queen slogan is of significant value, and Bee the Queen will suffer irreparable harm should Defendants' infringement be allowed to continue to the detriment of Bee the Queen's reputation and goodwill.

25.    Defendants' infringement will continue unless enjoined.    Bee the Queen therefore seeks an injunction against further infringement.

## CLAIM II
### FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125(a))

26.    Bee the Queen repeats and incorporates the allegations set forth in paragraphs 1 through 25 above.

27.    Bee the Queen's trademarks are distinctive and distinguish hair removal and waxing services and related products from those of its competitors.

7

28.     The Bee the Queen slogans are strong in light of the substantial marketing and promotion of Bee the Queen's products over the past ten (10) years, the sales volume of its products, the critical acclaim of its products, and its widespread public recognition.

29.     Defendants' continued use of its confusingly similar marks for identical or related goods and services creates a likelihood of confusion over the original, affiliation, or approval of such goods and services.

30.     Bee the Queen has no control over the composition or quality of the goods sold by Defendants under its confusingly similar marks, whether they be actual Bee the Queen products or third party products marketed under the Bee the Queen slogan.  As a result, to the extent Defendants' products are inferior to Bee the Queen's, Bee the Queen's valuable goodwill, developed at great expense and effort by Bee the Queen, is being harmed by Defendants' continued, unauthorized use of the Bee the Queen slogan, and is at risk of further damage.

31.     The goodwill of Bee the Queen's business under the Bee the Queen slogan is of enormous value, and Bee the Queen will suffer irreparable harm should Defendants' infringement be allowed to continue to the detriment of Bee the Queen's reputation and goodwill.

32.     Upon information and belief, Defendants' infringement is willful, knowing, and deliberate, and Defendants' infringement will continue unless enjoined.  Bee the Queen therefore seeks a injunctive relief against further infringement.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2nd STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

8

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

## CLAIM III

## COMMON LAW TRADEMARK INFRINGEMENT

33.  Bee the Queen repeats and incorporates the allegations set forth in paragraphs 1 through 32 above.

34.  Bee the Queen owns and uses the Bee the Queen slogan and enjoys common law rights in the Bee the Queen slogan in California and throughout the United States in connection with the all of the goods and services marketed thereunder.  Such rights are senior and superior to any rights which Defendants may claim in and to the Bee the Queen slogan.

35.  Defendants' use of its confusingly similar marks in connection with their products and/or services in commerce is intentionally designed to cause confusion regarding the source of Defendants' products.

36.  Defendants' infringement will continue unless enjoined.  Bee the Queen therefore seeks injunctive relief against further infringement.

## CLAIM V

## UNFAIR COMPETITION UNDER STATE LAW
## (CAL. BUSINESS & PROFESSIONS CODE §§ 17200, 17203)

37.  Bee the Queen repeats and incorporates the allegations set forth in paragraphs 1 through 36 above.

38.  The Bee the Queen slogans are wholly associated with Bee the Queen due to their extensive use, and as such, Bee the Queen is deserving of having its

marks adequately protected with respect to the conduct of its business.

39.   Defendants' use of the Bee the Queen slogan in connection with its Numb It product in commerce is intentionally designed to cause confusion regarding the source of Defendants' products.

40.   Defendants' acts constitute unfair competition in violation of the California Business and Professions Code §§ 17200 and 17203.

41.   Bee the Queen avers that the acts of unfair competition undertaken by Defendants were intentionally and knowingly undertaken and were directed toward perpetuating a business competing unfairly with Bee the Queen and were done with a willful disregard for the rights of Bee the Queen.

42.   By reason of Defendants' acts of unfair competition, Bee the Queen has suffered and will continue to suffer irreparable injury unless and until this Court enters an order enjoining Defendants from any further acts of unfair competition.   Defendants' continuing acts of unfair competition, unless enjoined, will cause irreparable damage to Bee the Queen in that it will have no adequate remedy at law to compel Defendants to cease such acts.   Bee the Queen will be compelled to prosecute a multiplicity of actions, one action each time Defendants commits such acts, and in each such action it will be extremely difficult to ascertain the amount of compensation which will afford Bee the Queen adequate relief.   Bee the Queen is therefore entitled to an injunction against further infringing conduct by Defendants.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

43.   In doing the acts alleged, Defendants acted willfully, fraudulently, oppressively, and maliciously, and, as such, Bee the Queen is entitled to an injunction against further infringement.

## PRAYER FOR RELIEF

WHEREFORE, Bee the Queen requests judgment against Defendants, as follows:

A.   For an order permanently enjoining Defendants, PFB Vanish, and its officers, directors, agents, servants, attorneys, and employees and all other persons acting in concert with PFB Vanish, from committing any further acts of trademark infringement, including using any mark confusingly similar to the Bee the Queen slogan, including, but not limited to, "Takes the Sting Out of Waxing," "Takes the Sting Out of a Bikini Wax," and "Takes the Sting Out of Hair Removal," in connection with any products or services, including hair removal and waxing products and services;

B.   For an order directing Defendants to file with this Court and to serve on the Plaintiff within thirty (30) days after service on Defendants of the injunction granted herein, or such extended period as the Court may direct, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction and order of the Court;

C.   For a judgment that Defendants have willfully and deliberately infringed Bee the Queen's rights and that this is an exceptional case;

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1      D.    For such other and further relief as this Court may deem just and

2  equitable under the circumstances.

3

4                                    Respectfully submitted,

5                                    CISLO & THOMAS LLP

6

7  Dated:  February 27, 2013       By:

8                                    Kelly W. Cunningham, Esq.

9                                    Daniel M. Cislo, Esq.

10

11                                   Attorneys for Plaintiff
                                     Bee the Queen, Inc.

12  T:\13-27313\Complaint - Bee the Queen v. PFB Vanish.Doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

# DEMAND FOR JURY TRIAL

Plaintiff Bee the Queen, Inc. hereby demands a trial by jury as provided by Rule 38(a) of the Federal Rules of Civil Procedure and by the Local Rules of this Court to the extent Bee the Queen and its claims for relief are entitled thereto.

Respectfully submitted,

CISLO & THOMAS LLP

Dated:  February 27, 2013

Kelly W. Cunningham, Esq.
Daniel M. Cislo, Esq.

Attorneys for Plaintiff
Bee the Queen, Inc.

T:\13-27313\Complaint - Bee the Queen v. PFB Vanish.Doc

**EXHIBIT 1**

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,356,422

Registered Dec. 18, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

## TAKING THE STING OUT OF WAXING

BEE THE QUEEN, INC. (CALIFORNIA COR-PORATION)
11049 BARMAN AVENUE
CULVER CITY, CA 90230

FOR: HAIR REMOVAL SERVICES, NAMELY, FACE AND BODY WAXING SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-2003; IN COMMERCE 12-0-2003.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-957,118, FILED 8-21-2006.

KATHERINE CHANG, EXAMINING ATTORNEY

**EXHIBIT 2**

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,660,973

Registered July 28, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

## QUEEN BEE WAXING TAKING
## THE STING OUT OF WAXING

BEE THE QUEEN, INC. (CALIFORNIA COR-
    PORATION)

11049 BARMAN AVENUE

CULVER CITY, CA 90230

   FOR: HAIR REMOVAL SERVICES, NAMELY,
FACE AND BODY WAXING SERVICES, IN CLASS
44 (U.S. CLS. 100 AND 101).

   FIRST USE 5-0-2003; IN COMMERCE 12-0-2003.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WAXING", APART FROM THE
MARK AS SHOWN.

   SER. NO. 78-957,126, FILED 8-21-2006.

KATHERINE CHANG, EXAMINING ATTORNEY

**EXHIBIT 3**

PFB Vanish - Goodbye Ingrown Hair!                                    Page 1 of 1

Case 2:13-cv-01432-RSWL-MLG   Document 1   Filed 02/27/13   Page 19 of 25   Page ID #:22

**Order Now: 1.877.225.0233**

HOME       SHOP       ABOUT       WHOLESALE       PRESS       ESPANOL/FRANCAIS       CONTACT US



Goodbye Ingrown Hair!™   :   The Official Site for PFB Vanish

## PERFECT FOR BUMPS!™

**PFB VANISH** is a unique, cosmetically elegant roll-on gel formulated to aid in the relief of ingrown hairs and razor burn/bumps resulting from shaving, waxing, electrolysis and laser hair removal. It's 100% GUARANTEED! If you are not satisfied with PFB VANISH for any reason return it for a Full Refund.

PFB VANISH is great for both Women and Men and can be used on any part of the face and body. PFB VANISH gently exfoliates to "lift ingrown hairs" formulated with salicylic acid, willow bark and glycolic acid.

Comes in a "no-mess" roll-on for ease of application. Most people see results within 48 hours. Sold in prestigious salons and doctor's offices throughout the United States.

**Get a Brazilian today, and get intimate tonight!™**

About            Testimonials

Press            Privacy Policy

**Toll Free: 1.877.225.0233**
**T: 415.499.1985**
**F: 415.499.1987**

**Order Now: 1.877.225.0233**

HOME     **SHOP**     ABOUT     WHOLESALE     PRESS     ESPANOL/FRANCAIS     CONTACT US

## Our Products: The first line of defense for ingrown hair!

- Face
- Nape of neck
- Underarms
- Bikini area
- Legs
- Chest and back

- Physician endorsements
- Produces results in 24-48 hours
- Roll-on applicator "never comes in contact with your hands"
- Gel formulation - no waste of product
- Non irritating

- No chalky white residue
- Contains more exfoliating ingredients
- Herbal scent
- Cool feeling
- And most importantly... IT WORKS!

---

### PFB Vanish™



Size & Price: `<-select size->`

Quantity: `1`     **Add to Cart**

**The First Line of Defense for Ingrown Hair**

**PFB Vanish™** is a unique, cosmetically elegant roll-on gel formulated for ingrown hairs, razor burn and bumps resulting from shaving, waxing, tweezing, electrolysis and laser hair removal. PFB Vanish contains exfoliating and moisturizing ingredients to maximize the results. Say Good Bye To Ingrown Hairs!

**Directions:** Use on face, neck, underarms, legs, back and bikini areas. For maximum benefits apply daily after hair removal. If there are pre-existing ingrown hairs apply two times per day. Hair should lift out above the skin line.

**Precautions:** Avoid contact with eyes and mucous membranes. Do not ingest. Do not use if allergic to aspirin. Keep out of children's reach. **DO NOT USE DURING PREGNANCY AND OR NURSING** CONSULT YOUR PHYSICIAN

---

### PFB Vanish™ + Chromabright© Skin Lightener & Bump Fighter Two Products in One



Size & Price: `<-select size->`

Quantity: `1`     **Add to Cart**

**PFB Vanish™ + Chromabright© - Two Products in One:**
Skin Lightener & Bump Fighter
Same ingredients as the original PFB Vanish but we added Dimethylmethoxy Chromanyl Palmitate to lighten dark spots. PFB Vanish with ChromabrightÂ® is a post-inflammatory hyper pigmentation product which was able to inhibit tyrosinase activity by 37%. PFB Vanish with ChromabrightÂ® was 45.9% more effective than Kojic acid and Hydroquinone.

**Perfect for Dark Spots in:**
- Inside thighs & bikini area
- Under Arms
- Chin
- Nape of neck
- Acne
- All ethnic skin types
- The only Lightening and Ingrown Hair Roll-on on the Market
- Skin lightening results in 6-8 weeks

Do not use if allergic to aspirin.
**DO NOT USE DURING PREGNANCY AND OR NURSING** CONSULT YOUR PHYSICIAN

---

### Numb-IT™

Price:   $24.95

Quantity: `1`     **Add to Cart**



**PFB Numb-IT™** is a fast acting topical anesthetic gel that takes the "sting" out of hair removal. It does not interfere with wax and leaves no greasy film on the skin.

**Directions:** Patch test on inner arm. If skin turns red discontinue use. Clean area of skin with mild soap and warm water. Pat to dry. Apply a thin film of Numb-It 10 – 15 minutes prior to treatment. One drop spreads about 2 inches (5cm) of product. Avoid contact with eyes, do not use large quantities. Do not apply to blistered areas, mucous membranes, rectum or open wounds. Do not occlude (put any plastic wrap) over Numb-It as this could cause a toxic response. Do not use if allergic to lidocaine. Consult a physician if pregnant or lactating. Keep out of reach of children.

**Individual Results May Vary**. Active Ingredients: Lidocaine. Inactive Ingredients: Water, Butylene Glycol, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate, Chamomilla Recutita Flower Extract, Retinyl Palmitate.

Patent Pending, 1 FL OZ (28.5G)

---

**Liquid Luffa™ SCRUB: Two Step Skin Lightening System : Step 1**

Price:     $38

Quantity:  1     



**Introducing, A Skin Lightening System That Really Works!**

**Step 1 - Liquid Luffa™ SCRUB**

**Exfoliating Face & Body Scrub with Glycolic Acid, & Papaya Fruit Extract, 4oz/113g**

**Liquid Luffa™** is a finely abrasive gel designed to remove dead skin cells on the face, hands or body. Use in the shower a few days prior to waxing to help "lift" ingrown hair.

**Directions:** Wet body with tepid water then massage Liquid Luffa™ with hands. Massage for 30 seconds on legs and body then rinse for maximum results. Pat dry and apply **Lumen8™** on dark spots.

**Caution:** For external use only. Keep out of reach of children. Avoid contact with eyes.

---

**Lumen8™ LOTION : Two Step Skin Lightening System : Step 2**

Price:     $50.00

Quantity:  1     



**Step 2 - Lumen8™ LOTION: With Chromabright©**

**Visibly reverses the appearance of:**

- Dark spots, Age spots
- Melasma, Pregnancy mask
- Sun damage, Post-acne scars
- **And** is photo-protective, preventing skin damage caused by UV rays

**Lumen8™** visibly reverses the appearance of dark spots, age spots, sun damage, pregnancy mask and post-acne hyper- pigmentation in 4-6 weeks. Use on face, chest, legs and top of hands. Chromabright© is a new active ingredient for safe skin brightening.

**Directions:** Use after Liquid Luffa™. Apply once or twice daily.

**Caution:** For external use only. Keep out of reach of children. Avoid contact with eyes.

*Clinical studies show that Lumen8 was 45.9% more effective than Kojic Acid, Arbutin and Hydroquinone and in addition was able to inhibit tyrosinase activity by 37%.Lumen8 possesses a photo-protective effect on epidermal keratinocytes, helping to prevent the skin damage caused by UV radiation.*

About          Testimonials                                    Toll Free: 1.877.225.0233
                                                                      T: 415.499.1985
Press          Privacy Policy                                         F: 415.499.1987

**EXHIBIT 4**

Ingrown hair treatment. PFB Vanish ingrown hair treatment official UK website        Page 1 of 1

Case 2:13-cv-01432-RSWL-MLG    Document 1    Filed 02/27/13    Page 24 of 25    Page ID #:27



Phone orders **00 44 (0)151 486 1112**

**Products**

PFB Vanish 4oz roll on

PFB 2oz roll on

PFB Vanish .25 roll on

PFB Vanish 16 oz

PFB Numb It

PFB Needlepoint tweezer

PFB 4oz and Trial

PFB Triple offer

PFB Chromabright

## PFB Numb It

Imagine if waxing didnt hurt so much? Well now it doesnt have to! **Numb It** is a topically applied numbing agent that takes the sting out of waxing, also helping to soothe the after waxing burn and redness. Numb -IT is a fast acting topical anesthetic gel that takes the "sting" out of hair removal. It does not interfere with wax and leaves no greasy film on the skin.



Directions: Patch test on inner arm. If skin turns red discontinue use. Clean area of skin with mild soap and warm water. Pat to dry. Apply a thin film of Numb-It 10 – 15 minutes prior to treatment. One drop spreads about 2 inches (5cm) of product. Avoid contact with eyes, do not use large quantities. Do not apply to blistered areas, mucous membranes, rectum or open wounds. Do not occlude (put any plastic wrap) over Numb-It as this could cause a toxic response. Do not use if allergic to lidocaine. Consult a physician if pregnant or lactating. Keep out of reach of children.

Was: £25.00

**Special Offer Price:£24.95**

BUY NOW

Individual Results May Vary

Active Ingredients: Lidocaine 5%.

Inactive Ingredients: Water, Butylene Glycol, Aloe Barbadensis Leaf Extract, Tocopheryl Acetate, Chamomilla Recutita Flower Extract, Retinyl Palmitate.



What you said about PFB Vanish



TRADE LOG IN



Part of the Salonlines group

Home : About us : Contact us : Register : Basket : Ordering : Links : Terms : Privacy : Sitemap

Razor Rash : PFB Vanish : Spots : Brazilian waxing : Ingrown Hair

© 2013  PFB Vanish : info@pfbvanish.co.uk : Website by Fat Media



100% SECURE PAYMENTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## CV13- 1432 RSWL  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY